ISABEL HAINES, Appellant, v. ALBERT G. MILBANK et al., Copartners Practicing Law under the Name of MILBANK, TWEED & HOPE, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ. [See 270 App. Div. 760.]

SAMUEL TURTELTAUB, Appellant, v. CLARENCE V. BOOTH, Doing Business as BOOTH MACHINE WORKS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.

YAHR-DONEN CORPORATION, Appellant, v. JAY-ELL OUTLET CO., INC., et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ. [See 270 App. Div. 761.]

MAX COOPER, Appellant, v. WILLIAM L. SCHILLING, Respondent, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.

JACK FELD, Appellant, v. ROSE G. REISS et al., Copartners under the Name of "GARFEIN'S", Defendants, and DAVID GARFEIN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.

IDA SHEINBERG et al., Appellants, v. WESTCHESTER & BRONX INVESTING CORP., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.; Dore and Wasservogel, JJ., dissent and vote to reverse and grant a new trial.

MINNIE B. SELIGSBERG et al., as Executors of WALTER N. SELIGSBERG, Deceased, Respondents, v. MISS SUSAN, INC., et al., Defendants, and ENTERPRISE & CENTURY UNDERGARMENT CO., INC., Appellant.— Judgment as against the defendant-appellant unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.

WILLIAM BROWN, Doing Business under the Name of ACE TRUCKING COMPANY, Respondent, v. LIEBMANN BREWERIES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.

MONTKANE FUNDS, INC., Appellant, v. JULIUS RUFF, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL PARK PLAZA CORPORATION, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. [300 Central Park West, Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ. [See 270 App. Div. 809.]

ALBERTA ALSTON, an Infant, by LOUIS ALSTON, Her Guardian ad Litem, et al., Appellants, v. CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.; Wasservogel, J., dissents and votes to reverse and grant a new trial.